Certificate Number: 03088-PAE-DE-032927703

Bankruptcy Case Number: 19-12314



03088-PAE-DE-032927703

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 5, 2019, at 2:14 o'clock PM CDT, Brian Felt completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 6, 2019                          By:      /s/David Nungesser for Doug Tonne

                                              Name:   Doug Tonne

                                              Title:  Counselor