# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                Chapter 13

                                                Bankruptcy No. 19-12314-MDC

BRIAN  FELT

47 N. TRAYMORE AVE.

WARMINSTER, PA 18974-

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    BRIAN  FELT

    47 N. TRAYMORE AVE.

    WARMINSTER, PA 18974-

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                                  /S/ William C. Miller

Date: 6/13/2019

                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee