UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Brian Felt                                       :    Chapter 13

Debtor(s)                                               :    Bankruptcy No.: 19-12314 MDC
                                                        :

## CONSENT ORDER

**AND NOW,** this _19th_ day of ____June____, 2019, upon agreement of the parties in lieu of the Chapter 13 standing trustee's filing a motion to dismiss with prejudice, it is

**ORDERED,** that in light of the debtor(s) _four_ (4) prior bankruptcy filings, if this case is dismissed for any reason, it shall be with prejudice; debtor(s) shall be prohibited from filing, individually or jointly, any subsequent bankruptcy case within 24 months without further leave of Court. And it is further

**ORDERED,** that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor(s) from further filings in accordance with its terms.

Date: 6/12/19                    _____
                                 William C. Miller, Esquire
                                 Chapter 13 Standing Trustee

Date: 6/12/2019                  _____
                                 Attorney for Debtor(s)

Date: 6-12-19                    _____
                                 Debtor(s)

Date: _____                  _____
                                 Debtor(s)

BY THE COURT

_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE