**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                          :      Chapter 13
                                                                :
Brian Felt                                                      :
                        Debtor                                  :      Bankruptcy No. 19-12314-mdc

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW,** this \_\_\_\_\_22nd\_\_\_\_\_ day of \_\_\_\_\_November\_\_\_\_\_, 2019 upon consideration of the Motion to Dismiss filed by William C. Miller, Standing Trustee,

    **ORDERED**, that this case is dismissed; and it is further

    **ORDERED,** that any wage orders are hereby VACATED; and it is further

    **ORDERED**, that in light of the Consent Order previously entered in this matter on June 19, 2019 by and among the standing trustee, the debtor will be barred from filing any case for Twenty-Four (24) months following a dismissal without court approval, in accordance with the express terms of such ORDER.

    **BY THE COURT**

_Magdeline D. Coleman_
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**

cc:
Brian Felt
47 N. Traymore Ave.
Warminster, PA 18974

BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

William C. Miller, Esquire
Office of the Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

Office of the U.S. Trustee
833 Chestnut Street – Suite 500
Philadelphia, PA 19107