```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                    Case No. 19-12314-mdc
Brian Felt                                                Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: ChrissyW              Page 1 of 2              Date Rcvd: Nov 22, 2019
                              Form ID: pdf900             Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
db             +Brian Felt,    47 N. Traymore Ave.,    Warminster, PA 18974-1418
14305372       +Aspire/Emerge,    Attn: Bankruptcy,    PO Box 105555,    Atlanta, GA 30348-5555
14305374       +Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
14343368       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14323167       +Rushmore Loan Management Services,    Wilmington Savings Fund Society, FSB, d/,
                 c/o REBECCA ANN SOLARZ,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14305377        Wilmington Savings Fund Society, FSB,    C/O Phelan, Hallinan, Diamond & Jones,
                 One Penn Center Plaza,    1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: bncnotice@ph13trustee.com Nov 23 2019 03:26:38     WILLIAM C. MILLER,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Nov 23 2019 03:26:06     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 23 2019 03:25:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14305373       +E-mail/Text: bk.notifications@jpmchase.com Nov 23 2019 03:25:08     Chase Auto Finance,
                 Attn: Bankruptcy,    PO Box 901076,    Fort Worth, TX 76101-2076
14314648        E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 23 2019 03:33:55     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14305375       +Fax: 407-737-5634 Nov 23 2019 03:36:18     OCWEN Loan Servicing,    Attn: Bankruptcy Dept,
                 1661 Worthington Rd,    Suite 100,    West Palm Beach, FL 33409-6493
14305376       +Fax: 407-737-5634 Nov 23 2019 03:36:18     Ocwen Loan Servicing,    Attn: Research/Bankruptcy,
                 1661 Worthington Rd   Ste 100,    Ste 100,    West Palm Beach, FL 33409-6493
14312519       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 23 2019 03:25:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14312247       +E-mail/Text: bkdepartment@rtresolutions.com Nov 23 2019 03:25:49     Real Time Resolutions Inc,
                 Attn: Bankruptcy Dept,    1349 Empire Central Drive,    Suite 150,    Dallas, TX 75247-4029
14324919        E-mail/Text: bkdepartment@rtresolutions.com Nov 23 2019 03:25:49
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
14325450       +E-mail/Text: bkdepartment@rtresolutions.com Nov 23 2019 03:25:49
                 Real Time Resolutions, Inc.,    PO BOX 35888,    Dallas, Texas 75235-0888
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14312244*      +Aspire/Emerge,    Attn: Bankruptcy,    PO Box 105555,    Atlanta, GA 30348-5555
14312245*      +Chase Auto Finance,    Attn: Bankruptcy,    PO Box 901076,    Fort Worth, TX 76101-2076
14312246*      +Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
14312248*       Wilmington Savings Fund Society, FSB,    C/O Phelan, Hallinan, Diamond & Jones,
                 One Penn Center Plaza,    1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
                                                                                 TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: ChrissyW            Page 2 of 2                   Date Rcvd: Nov 22, 2019
                               Form ID: pdf900           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
         BRAD J. SADEK    on behalf of Debtor Brian  Felt brad@sadeklaw.com,  bradsadek@gmail.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
          Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                                             TOTAL: 5

Case 19-12314-mdc    Doc 42    Filed 11/24/19    Entered 11/25/19 00:51:15    Desc Imaged
Certificate of Notice    Page 2 of 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:
:  Chapter 13
Brian Felt  :
Debtor  :  Bankruptcy No. 19-12314-mdc

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW,** this <u>22nd</u> day of <u>November</u>, 2019 upon consideration of the Motion to Dismiss filed by William C. Miller, Standing Trustee,

**ORDERED**, that this case is dismissed; and it is further

**ORDERED,** that any wage orders are hereby VACATED; and it is further

**ORDERED**, that in light of the Consent Order previously entered in this matter on June 19, 2019 by and among the standing trustee, the debtor will be barred from filing any case for Twenty-Four (24) months following a dismissal without court approval, in accordance with the express terms of such ORDER.

**BY THE COURT**

_Magdeline D. Coleman_
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**

cc:
Brian Felt
47 N. Traymore Ave.
Warminster, PA 18974

BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

William C. Miller, Esquire
Office of the Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

Office of the U.S. Trustee
833 Chestnut Street – Suite 500
Philadelphia, PA 19107