Case 19-12314-mdc  Doc 46  Filed 12/05/19  Entered 12/06/19 00:56:33  Desc Imaged
Certificate of Notice    Page 1 of 4

```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                    Case No. 19-12314-mdc
Brian Felt                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW        Page 1 of 2        Date Rcvd: Dec 03, 2019
                        Form ID: pdf900       Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2019.
```
db             +Brian Felt,    47 N. Traymore Ave.,     Warminster, PA 18974-1418
14305372       +Aspire/Emerge,    Attn: Bankruptcy,    PO Box 105555,    Atlanta, GA 30348-5555
14305374       +Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
14343368       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14323167       +Rushmore Loan Management Services,    Wilmington Savings Fund Society, FSB, d/,
                 c/o REBECCA ANN SOLARZ,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14305377        Wilmington Savings Fund Society, FSB,    C/O Phelan, Hallinan, Diamond & Jones,
                 One Penn Center Plaza,    1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            +E-mail/Text: bncnotice@ph13trustee.com Dec 04 2019 03:42:37      WILLIAM C. MILLER,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Dec 04 2019 03:42:31      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 04 2019 03:42:26      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14305373       +E-mail/Text: bk.notifications@jpmchase.com Dec 04 2019 03:42:11      Chase Auto Finance,
                 Attn: Bankruptcy,    PO Box 901076,    Fort Worth, TX 76101-2076
14314648        E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 04 2019 03:53:21      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14305375       +Fax: 407-737-5634 Dec 04 2019 03:56:21     OCWEN Loan Servicing,    Attn: Bankruptcy Dept,
                 1661 Worthington Rd,    Suite 100,    West Palm Beach, FL 33409-6493
14305376       +Fax: 407-737-5634 Dec 04 2019 03:56:21     Ocwen Loan Servicing,    Attn: Research/Bankruptcy,
                 1661 Worthington Rd    Ste 100,    Ste 100,    West Palm Beach, FL 33409-6493
14312519       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 04 2019 03:42:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14312247       +E-mail/Text: bkdepartment@rtresolutions.com Dec 04 2019 03:42:23      Real Time Resolutions Inc,
                 Attn: Bankruptcy Dept,    1349 Empire Central Drive,    Suite 150,    Dallas, TX 75247-4029
14324919        E-mail/Text: bkdepartment@rtresolutions.com Dec 04 2019 03:42:23
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
14325450       +E-mail/Text: bkdepartment@rtresolutions.com Dec 04 2019 03:42:23
                 Real Time Resolutions, Inc.,    PO BOX 35888,    Dallas, Texas 75235-0888
                                                                                             TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
14312244*      +Aspire/Emerge,    Attn: Bankruptcy,    PO Box 105555,    Atlanta, GA 30348-5555
14312245*      +Chase Auto Finance,    Attn: Bankruptcy,    PO Box 901076,    Fort Worth, TX 76101-2076
14312246*      +Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
14312248*       Wilmington Savings Fund Society, FSB,    C/O Phelan, Hallinan, Diamond & Jones,
                 One Penn Center Plaza,    1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
                                                                                            TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: ChrissyW           Page 2 of 2              Date Rcvd: Dec 03, 2019
                              Form ID: pdf900          Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2019 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Brian  Felt brad@sadeklaw.com,   bradsadek@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| Brian Felt | : |
| | : Case No.: 19-12314MDC |
| Debtor(s) | : Chapter 13 |

### *Amended* ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. In light of the Consent Order previously entered in this matter on June 19, 2019, by and among the Standing Trustee, the Debtor will be barred from filing any case for Twenty-Four (24) months *or until December 3, 2021* following a dismissal without Court approval, in accordance with the express terms of such ORDER.

5. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

6. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

7. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

8. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. § 1326(a)(2).

Dated: 12/3/19

_____
CHIEF JUDGE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE